UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| DAVID FELTS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:03-CV-413 |
| | ) | | (VARLAN/GUYTON) |
| JAMES C. HIGGINS and JOHN DOE, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

This civil action is before the Court on plaintiffs' Motion Requesting Additur, or in the Alternative, a New Trial on the Issue of Damages [Doc. 36]. Plaintiff argues "that justice requires an additur or new trial as to damages because the jury's verdict awarding medical expenses but no past and future pain and suffering or loss of enjoyment of life is in conflict with the undisputed evidence in this case." [*See id.*]. No response or opposition to the pending motion has been filed and the time for doing so has long since passed. *See* E.D.TN. LR 7.1(a), 7.2.

For the reasons set forth in the memorandum opinion entered contemporaneously herewith, the Court hereby **DENIES** plaintiff's Motion Requesting Additur, or in the Alternative, a New Trial on the Issue of Damages [Doc. 36].

IT IS SO ORDERED.

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE